UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ERIC J. LESANE,

        Plaintiff,

    -against-

NEW YORK CITY DEPT. OF CORRECTION, ET AL.,

        Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/29/08
```

ORDER

08 Civ. 3990 (RMB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that: (1) the Warden, or other official in charge of the Manhattan Detention Complex (MDC), shall provide inmate Eric J. Lesane, Inmate No. 241-05-17065, a private room, with telephone service, so that he may participate in a telephonic pretrial conference call with the Court and counsel to the defendant at 2:00 p.m., on August 19, 2008; (2) plaintiff Eric J. Lesane shall appear in a private room, designated by the Warden, or other official in charge of the Manhattan Detention Complex (MDC), to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Brian Francola, is directed to serve a copy of this Order on the Warden, or other official in charge of the Manhattan Detention Complex (MDC), expeditiously.

Dated: New York, New York
       July 28, 2008

Copy mailed to:
Eric J. Lesane
Brian Francola, Esq.

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE