UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERIC LESANE,

                Plaintiff,

**NOTICE OF APPEARANCE**

   - against -

DEPUTY WARDEN JONES, IN CHARGE OF
GRVC BING AREAS, DEPUTY DIAZ OF GRVC,
OFFICER SANCHEZ #18617M 7-3 INTAKE OFFICER,
PART OF PROBE TEAM, OFFICER K. HARRIS
#15449, 2- BUILDING ESCORT OFFICER, OFFICER
VILLETTE, YARD OFFICER MORNING TOUR,
CAPTAIN CORT, 3-7 TOUR AREA CAPT. FOR 2
BLOCK, OFFICER NIEVES #4508, 3-7 TOUR INTAKE
OFFICER, PART OF PROBE TEAM, INTAKE PROBE
TEAM CAPTAIN "JANE DOE," BLACK FEMALE ON
THAT DAY, 3-7 TOUR, WARDEN SHAW OF GRVC,
DEPARTMENT OF CORRECTIONS,

                Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the undersigned is appearing for all purposes for the

Plaintiff Eric Lesane and that all future pleadings, documents and correspondence should be

directed accordingly.


Dated: August 14, 2008
       New York, New York

                                                  _/s/_____
                                                  Jay K. Goldberg, Esq. (JG-1294)
                                                  Goldberg & Allen, LLP
                                                  49 W. 37th Street, 7th Floor
                                                  New York, New York 10018
                                                   212-766-3366
                                                   jkgoldberg@goldbergandallen.com

To:    Brian Francolla, Esq. (By ECF)
          Kenneth V. Gomez, Esq. (By ECF)