UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ERIC J. LESANE,
:
                Plaintiff,
:        ORDER
        -against-
:        08 Civ. 3990 (RMB)(KNF)
DEPUTY WARDEN JONES, ET AL.,
:
                Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the respective parties on August 19, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before December 22, 2008;

2. a telephonic status conference will be held with the parties on November 17, 2008, at 11:00 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date;

3. a settlement conference will be held with the parties on December 29, 2008, at 2:30 p.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order;

4. the parties' joint pretrial order shall be submitted to the Court for its review on or before January 26, 2009. That document must conform with the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge;

5. the plaintiff shall serve and file his amended complaint on or before September 2, 2008;

6. answers to the amended complaint shall be served and filed on or before September 9, 2008; and

7. inasmuch as all parties are now represented by counsel, the Clerk of Court is directed to designate this action as one which will participate in the Court's Electronic Case Filing System.

Dated: New York, New York
      August 25, 2008

Copies mailed to:

Jay K. Goldberg, Esq.
Kenneth Gomez, Esq.
Brian Francolla, Esq.

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE